**The below described is SIGNED.**

**Dated: June 14, 2010**

_____
**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) Case No. 10-25017 RKM |
| MARRIAH RUTH UDOVICH | ) Chapter 7 |
| VALENTINE DALE UDOVICH | ) |
| | ) ORDER AUTHORIZING |
| | ) EMPLOYMENT OF ATTORNEY |
| Debtor(s) | ) FOR TRUSTEE |
| | ) |
| | ) |

\* \* \* \* \* \* \*

The Court having considered the Trustee's Application to Employ Counsel, and the Declaration of J. Kevin Bird in support thereof, and it appearing that BIRD & FUGAL is a disinterested person and that the employment of BIRD & FUGAL generally by the Trustee is in the best interest of this estate, it is hereby

ORDERED that J. Kevin Bird, Trustee herein, is authorized to employ BIRD & FUGAL as counsel for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

Filed: 06/11/10

## CLERK'S CERTIFICATE OF SERVICE

Copies of the foregoing Order Authorizing Employment of Attorney for Trustee were served by the Clerk of the Court either by electronic notification or by depositing the same in the United States mail this _____ day of _____, 2010 to the following:

| | |
|---|---|
| J. KEVIN BIRD | ELECTRONIC NOTIFICATION |
| U.S. TRUSTEE'S OFFICE | ELECTRONIC NOTIFICATION |

MARRIAH RUTH UDOVICH
VALENTINE DALE UDOVICH
301 SOUTH 700 WEST
VERNAL, UT  84078-2450

CLERK OF THE COURT

By_____
　　　Deputy Clerk